IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT NOAH HODGE JR.,

    Petitioner,        No. CIV S-06-1992 LKK KJM P

  vs.

KRAMER,

    Respondent.        ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254, together with a request to proceed in forma pauperis. This court will not rule on petitioner's request to proceed in forma pauperis, for the reasons set forth below.

        Petitioner is presently incarcerated at Sierra Conservation Center in Tuolumne County. He is serving a sentence for a conviction rendered by the San Diego County Superior Court.

        The general rule with regard to habeas applications is that both the United States District Court in the district where petitioner was convicted and the District Court where petitioner is incarcerated have jurisdiction over the claims. See Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973). In the instant case, the petitioner's conviction occurred in an area

1  covered by the District Court for the Southern District of California; it is in that district that
2  witnesses and the evidence required to resolve the petition are most readily available. Id. at 499
3  n.15; 28 U.S.C. § 2241(d).
4        Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:
5        1.  This court has not ruled on petitioner's request to proceed in forma pauperis;
6        2.  This matter is transferred to the United States District Court for the Southern
7  District of California.
8  DATED: September 27, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/mp
hodg1992.108a